IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE BOLDT COMPANY,<br><br>　　　　Defendant. | CASE NO. 8:09-cv-294<br><br>**<u>ORDER</u>** |

This matter comes before the Court on Archer Daniels Midland Company's Unopposed Motion for Extension of Time to Respond to The Boldt Company's Motion for Summary Judgment (Filing No. 16). The Court has reviewed the motion and finds that the same should be sustained.

IT IS THEREFORE ORDERED that the motion is sustained and Archer Daniels Midland Company shall respond to The Boldt Company's Motion for Summary Judgment on or before November 2, 2009.

Dated this 20th day of October, 2009.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　/s Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　United States District Judge