# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARCHER DANIELS MIDLAND COMPANY,** | )<br>)     **8:09CV294**<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )     **ORDER**<br>) |
| **THE BOLDT COMPANY,** | )<br>) |
| **Defendant.** | ) |

Further proceedings in this matter are stayed pending the court's ruling on the defendant's motion for summary judgment and to compel arbitration (Filing No. 12). Unless this matter is resolved in the ruling on the motion for summary judgment and to compel arbitration, ten (10) business days following the courts' ruling on Filing No. 12, counsel for the plaintiff shall initiate a telephone conference with counsel for the defendant and the undersigned magistrate judge for the purpose of progressing this case to trial.

**IT IS SO ORDERED.**

DATED this 26th day of October, 2009.

                                                                     BY THE COURT:

                                                                     s/Thomas D. Thalken
                                                                    United States Magistrate Judge